IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| DREW COUNTY, ARKANSAS, <br> d/b/a Drew Memorial Hospital, <br><br> Plaintiff-Counter Defendant, <br><br> vs. <br><br><br> JOH PAS MURRAY COMPANY, a/k/a <br> Murray Company and a/k/a J.P. Murray <br> Company, Inc., <br><br> Defendant-Counterclaimant. | * <br> * <br> * <br> * <br> * <br> *   No. 5:10cv0069  SWW <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## ORDER

The motion [doc.#9] of defendant, Joh Pas Murray Company, a/k/a Murray Company and a/k/a J.P. Murray Company, Inc., to admit Jeremy P. Brummond and Robert J. Golterman as additional counsel of record for and on behalf of defendant, pro hac vice, is hereby granted.

IT IS SO ORDERED this 28th day of June 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE