IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| DREW COUNTY, ARKANSAS, | * | |
| d/b/a Drew Memorial Hospital, | * | |
| | * | |
| Plaintiff-Counter Defendant, | * | |
| | * | |
| vs. | * | No. 5:10cv0069 SWW |
| | * | |
| | * | |
| | * | |
| JOH PAS MURRAY COMPANY, a/k/a | * | |
| Murray Company and a/k/a J.P. Murray | * | |
| Company, Inc., | * | |
| | * | |
| Defendant-Counterclaimant. | * | |

## ORDER

The motion [doc.#20] of defendant, Joh Pas Murray Company, a/k/a Murray Company and a/k/a J.P. Murray Company, Inc., to admit Andrew S. Buchanan pro hac vice as additional counsel for defendant is hereby granted.

IT IS SO ORDERED this 5th day of October 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE