IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| DREW COUNTY, ARKANSAS, | * | |
| d/b/a Drew Memorial Hospital, | * | |
| | * | |
| Plaintiff-Counter Defendant, | * | |
| | * | |
| vs. | * | No. 5:10cv0069  SWW |
| | * | |
| | * | |
| | * | |
| JOH PAS MURRAY COMPANY, a/k/a | * | |
| Murray Company and a/k/a J.P. Murray | * | |
| Company, Inc., | * | |
| | * | |
| Defendant-Counterclaimant. | * | |

ORDER

Pursuant to the Stipulation for Dismissal [doc.#46] filed on September 21, 2011, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 21st day of September 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE